Miller v. Lerner, 205 Ill. App. 591.

the only persons having knowledge of the terms of the contract are plaintiff and defendant's agent, with whom it is claimed to have been made, and their evidence conflicts, *held* that a meeting of minds as to the terms and the preponderance of the evidence in plaintiff's favor were doubtful.

---

Minnie Miller, Defendant in Error, v. I. Lerner, Plaintiff in Error.

Gen. No. 22,369.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURT-NEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed May 29, 1917.

Statement of the Case.

Action by Minnie Miller, plaintiff, against I. Lerner, defendant, to recover rent under a lease. To reverse a judgment for plaintiff, defendant prosecutes a writ of error.

ALBERT MARTIN, for plaintiff in error; MELVILLE R. ADAMS, of counsel.

No appearance for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

LANDLORD AND TENANT, § 93*—*when tenant accepting unsigned written lease may not claim that tenancy is from month to month.* Where there is an arrangement between a landlord and a tenant in possession of the premises that the latter will rent the premises under a written lease for a year from a certain date at a specified rental and he remains in possession after the commencement of the term, paying the rent agreed upon in the new lease without objecting to its terms, such tenant cannot claim that the lease was from month to month, although the written lease was not signed by him.